FILED
2016 Oct-05  PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] |
| | ]  16-CR-182-LSC-JEO |
| RICHARD ALAN HENDERSON and | ] |
| PHILIP HENRY COOPER | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This Court has reviewed the Report and Recommendation of the Honorable John E. Ott, United States Magistrate Judge [Doc. 29] entered the 17th day of August, 2016, as well as the objections to the Report and Recommendation made by the defendants.  This Court has made a *de novo* determination of those findings and portions objected to by the defendant in this case as well as all of the issues addressed in the Report and Recommendation.

It is Ordered that the Report and Recommendation of the Honorable John E. Ott, United States Magistrate Judge [Doc. 29] be and hereby is accepted as entered.  This court adopts the Report and Recommendation

as the Order of this court as if the same were set forth at this point *in extenso*. The objections made by the defendant are overruled. The Motion to Dismiss or in the Alternative for a Bill of Particulars [Doc. 24] is Denied.

Done this 5th day of October 2016.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE