United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] |
| | ] 16-CR-182-LSC-JEO |
| RICHARD ALAN HENDERSON and | ] |
| PHILIP HENRY COOPER | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This Court has reviewed the Report and Recommendation of the Honorable John E. Ott, United States Magistrate Judge [Doc. 62] entered the 19th day of April, 2017, as well as the objections to the Report and Recommendation made by the Defendant, Richard Alan Henderson. This Court has made a *de novo* determination of those findings and portions objected to by the defendant in this case as well as all of the issues addressed in the Report and Recommendation.

It is Ordered that the Report and Recommendation of the Honorable John E. Ott, United States Magistrate Judge [Doc. 62] entered the 19th day of April, 2017 be and hereby is accepted as entered. This court

adopts the Report and Recommendation as the Order of this court as if the same were set forth at this point *in extenso*. The objections made by the defendant are overruled. The Amended Motion to Dismiss count two, the "bank bribery" count of the indictment [Doc. 53] is Denied.

Done this 4th day of May 2017.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE